# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF COLORADO



In re: Meghan Leigh Sackett, Debtor

(xxx-xx-0315)

Meghan Leigh Sackett, Pro Se

**Plaintiff**

United States Department of Education

400 Maryland Avenue SW

Washington, D.C. 20202

**Defendants**

Case No.: 21-bk-13842-JGR

Chapter 7

Adv. No.: 21-01226-JGR

## PLAINTIFF'S FIRST AMENDED COMPLAINT

Complaint to determine the dischargeability of the student loan debt of Meghan Leigh Sackett as an undue hardship.

## PARTIES

1.  Meghan Leigh Sackett is a citizen of both Colorado and the United States, who resides in Pueblo West, Colorado, which is in the jurisdiction of the United States Bankruptcy Court, District of Colorado.

2. The United States Department of Education is the provider of the student loans. Their address is U.S. Department of Education, 400 Maryland Avenue SW, Washington D.C., 20202

## JURISDICTION AND VENUE

3.  This adversary proceeding is brought under 11 USC § 523(a)(8) and Rule 7001(9) of the Federal Rules of Bankruptcy Procedure and its civil analog, 28 USC § 2201.

4.  This Court has jurisdiction over this adversary proceeding under §157(b) and § 1334(b) of the Judiciary and Judicial Procedural Rules.  Venue is proper in the District of Colorado under 28 USC § 1409 because this matter arises in and is related to a bankruptcy case filed in this District.

5.

## FINAL ORDER CONSENT STATEMENT

6.  Meghan Sackett consents to entry of final orders or judgement by the bankruptcy court.

## FACTUAL ALLEGATIONS

7.  Meghan Sackett is a divorced mother of three children, aged 4, 8 and 11, who filed a Chapter 7 bankruptcy petition in this Court on July 23, 2021. She has currently satisfied all requirements to date, including meeting of creditors.

8.  Aside from the clothes on her back and a few threadbare pieces of furniture, Ms. Sackett assets are nonexistent.  No stocks.  No bonds. Nothing of value that can be sold to support her family.

9.  As it stands the only income Ms. Sackett receives is $1500 gross monthly wages, $900 child support and $500 per month assistance from her ex-mother-in-law.  It should be noted that Ms. Sackett's mother-in-law does this through the kindness of her own heart, but due to health reasons and Covid 19 issues, her job may be in jeopardy and the payments could cease at any time.

(2)

10. To make money stretch, Ms. Sackett utilizes her mother for daycare. They know no luxuries, no extras. Only the daily grind of robbing Peter to promise to pay Paul at some point.

11. For two reasons, this grind will likely remain. The type of work Ms. Sackett does (carpet cleaning) allows her to work around her children's school and visitation schedule and her income will not significantly increase. Second, despite borrowing nearly $100,000 in student loans, due to her unexpected divorce, she remains several credits shy of a degree. While a degree does not guarantee her income will increase, not having one is almost always a near economic death sentence.

*About Ms. Sackett's loans:*

12. In her attempt to earn an undergraduate degree, Ms. Sackett borrowed nearly $100,000 in student loan debt provided by the United States Department of Education.

13. Due to Covid19 waivers and other factors, Ms. Sackett has not had to make any payments on her student debt up to this point. These payment waivers are not guaranteed long term.

14. Relief from student debt has been mentioned in the current Biden administration but to Ms. Sackett's knowledge, relief is not on the horizon for her types of loans.

15.

16. Ms. Sackett cannot pay these loans back while maintaining a minimal standard of living for herself and her children. Repayment of the loansheld by the United States Department of Education imposes an undue hardship on her and her dependents.

(3)

**PRAYER**

Ms. Sackett asks this Court to:

- Determine that in accordance with 11 USC § 523(a)(8), the payment of Ms. Sackett's loans would impose an undue hardship on her and her dependents.
- Determine that Ms. Sackett's loans of approximately $82,197 (estimate) be discharged in her Chapter 7 bankruptcy proceeding (Case # 21-bk-13842-JGR); and
- Grant such other relief as this Court deems just and proper.

Respectfully submitted,

Meghan Leigh Sackett, pro se

298 S. Gallatea v Dr.

Pueblo West, CO 81007

meghan.sackett@yahoo.com

719-717-1188